# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GOODWIN, JOSEPH R. | US DISTRICT COURT, SOUTHERN WEST VIRGINIA | 05/01/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE-ACTIVE | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

300 VIRGINIA STREET EAST, SUITE 5009
PO BOX 2546
CHARLESTON, WV 25301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GOODWIN, JOSEPH R. | 05/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | OFFICE OF SECRETARY, EDUCATION (WAGES) |
| 2. | 2014 | SELF-EMPLOYED (TRUSTEE FEES - TRUST #1) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GOODWIN, JOSEPH R. | 05/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GOODWIN, JOSEPH R. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BB&T ACCOUNT #1 | A | Interest | K | T | | | | | |
| 2.  BB&T ACCOUNT #2 | A | Interest | N | T | | | | | |
| 3.  CHARLES SCHWAB INVESTMENT ACCOUNT | | | | | | | | | |
| 4.  --CHARLES SCHWAB CASH ACCOUNT/ MONEY MARKET | A | Interest | J | T | | | | | |
| 5.  --ECA MARCELLUS TR I PUBLICLY TRADED PARTNERSHIP | A | Interest | J | T | | | | | |
| 6. | C | Royalty | | | | | | | |
| 7. | D | Distribution | | | | | | | |
| 8.  CHARLES SCHWAB IRA ACCOUNT #1 | A | Interest | J | T | | | | | |
| 9. | A | Royalty | | | | | | | |
| 10. | B | Distribution | | | | | | | |
| 11.  --CHARLES SCHWAB MONEY FUND | | | | | | | | | |
| 12.  --ECA MARCELLUS TR I PUBLICY TRADED PARTNERSHIP | | | | | | | | | |
| 13.  --ONCOLYTICS BIOTECH INC F | | | | | | | | | |
| 14.  --PROTEA BIOSCIENCES GRP | | | | | Buy | 08/20/14 | J | | |
| 15.  REAL ESTATE #2, RIPLEY, WEST VIRGINIA | D | Rent | K | W | | | | | |
| 16.  REAL ESTATE #5, RIPLEY, WEST VIRGINIA | | None | J | W | | | | | |
| 17.  WEST VIRGINIA MEDIA PARTNERS, LP | | None | | | Sold | 07/03/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GOODWIN, JOSEPH R. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRUST #1 | G | Royalty | M | U | | | | | See Note #1 |
| 19. --ROYALTY INTEREST #1, NICHOLAS COUNTY, WV | | | | | | | | | |
| 20. --ROYALTY INTEREST #2, NICHOLAS COUNTY, WV | | | | | | | | | |
| 21. --ROYALTY INTEREST #3, NICHOLAS COUNTY, WV | | | | | | | | | |
| 22. --ROYALTY INTEREST #4, NICHOLAS COUNTY, WV | | | | | | | | | |
| 23. --ROYALTY INTEREST #5, NICHOLAS COUNTY, WV | | | | | | | | | |
| 24. --ROYALTY INTEREST #6, NICHOLAS COUNTY, WV | | | | | | | | | |
| 25. --ROYALTY INTEREST #7, NICHOLAS COUNTY, WV | | | | | | | | | |
| 26. --ROYALTY INTEREST #8, NICHOLAS COUNTY, WV | | | | | | | | | |
| 27. --ROYALTY INTEREST #9, NICHOLAS COUNTY, WV | | | | | | | | | |
| 28. --ROYALTY INTEREST #10, RANDOLPH COUNTY, WV | | | | | | | | | |
| 29. --ROYALTY INTEREST #11, RANDOLPH COUNTY, WV | | | | | | | | | |
| 30. --ROYALTY INTEREST #12, RANDOLPH COUNTY, WV | | | | | | | | | |
| 31. --ROYALTY INTEREST #13, RANDOLPH COUNTY, WV | | | | | | | | | |
| 32. --ROYALTY INTEREST #14, RANDOLPH COUNTY, WV | | | | | | | | | |
| 33. --ROYALTY INTEREST #15, BRAXTON COUNTY, WV | | | | | | | | | |
| 34. --ROYALTY INTEREST #16, BRAXTON COUNTY, WV | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GOODWIN, JOSEPH R. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --ROYALTY INTEREST #17, BRAXTON COUNTY, WV | | | | | | | | | |
| 36. --ROYALTY INTEREST #18, BRAXTON COUNTY, WV | | | | | | | | | |
| 37. --ROYALTY INTEREST #19, BRAXTON COUNTY, WV | | | | | | | | | |
| 38. --ROYALTY INTEREST #20, BRAXTON COUNTY, WV | | | | | | | | | |
| 39. --ROYALTY INTEREST #21, BRAXTON COUNTY, WV | | | | | | | | | |
| 40. --ROYALTY INTEREST #22, BRAXTON COUNTY, WV | | | | | | | | | |
| 41. --ROYALTY INTEREST #23, BRAXTON COUNTY, WV | | | | | | | | | |
| 42. --ROYALTY INTEREST #24, NICHOLAS COUNTY, WV | | | | | | | | | |
| 43. --ROYALTY INTEREST #25, NICHOLAS COUNTY, WV | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GOODWIN, JOSEPH R. | 05/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 7, Line #18 - Reporting individual's ▮▮▮▮ is the Trustee of a ▮▮▮▮ Partnership/Trust that holds various parcels of land and related mineral rights. The ▮▮▮▮ is responsible for allocating and distributing monthly distribution checks to the beneficiaries/partners, but has no further control or ownership rights over the underlying assets included in the ▮▮▮▮ Partnership/Trust.

| Name of Person Reporting | Date of Report |
| --- | --- |
| GOODWIN, JOSEPH R. | 05/01/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **JOSEPH R. GOODWIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544